| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-16914-AMC

CHARLES D. GASKELL
35 WAVERLY ROAD
HAVERTOWN  PA    19083

Petition Filed Date: 09/30/2016
341 Hearing Date: 12/16/2016
Confirmation Date: 03/29/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $500.00 | 108177742585 | 01/08/2019 | $64.00 | 108177742596 | 01/30/2019 | $500.00 | 108177745820 |
| 01/30/2019 | $64.00 | 108177745830 | 02/28/2019 | $64.00 | 17900721206 | 02/28/2019 | $500.00 | 17900721205 |
| 03/29/2019 | $500.00 | 17900721551 | 03/29/2019 | $64.00 | 17900721552 | 04/30/2019 | $64.00 | 17900721990 |
| 04/30/2019 | $500.00 | 17900721989 | 06/03/2019 | $500.00 | 17968833582 | 06/03/2019 | $64.00 | 17968833583 |
| 07/08/2019 | $64.00 | 17986491509 | 07/08/2019 | $500.00 | 17986491508 | 08/05/2019 | $500.00 | 17978826682 |
| 08/05/2019 | $64.00 | 17978826683 | 09/03/2019 | $500.00 | 17681287004 | 09/03/2019 | $64.00 | 17681287005 |
| 10/01/2019 | $500.00 | 19022733417 | 10/01/2019 | $64.00 | 19022733418 | 11/01/2019 | $500.00 | 19037034228 |
| 11/01/2019 | $64.00 | 19037034229 | 12/02/2019 | $500.00 | 19041425399 | 12/02/2019 | $64.00 | 19041425400 |
| 12/31/2019 | $500.00 | 19056696582 | 12/31/2019 | $64.00 | 19056696583 | 02/03/2020 | $500.00 | 19054957363 |
| 02/03/2020 | $64.00 | 19054957364 | 03/02/2020 | $500.00 | 19073845312 | 03/02/2020 | $64.00 | 19073845313 |
| 03/31/2020 | $64.00 | 19101095656 | 03/31/2020 | $500.00 | 19101095655 | 05/01/2020 | $500.00 | 19101095952 |
| 05/01/2020 | $64.00 | 19101095953 | 06/03/2020 | $64.00 | 19086783865 | 06/03/2020 | $500.00 | 19086783864 |
| 07/06/2020 | $500.00 | 19116385421 | 07/06/2020 | $64.00 | 19116385422 | 08/04/2020 | $500.00 | 19128823782 |
| 08/04/2020 | $64.00 | 19128823783 | | | | | | |

**Total Receipts for the Period: $11,280.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $25,624.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $11,088.02 | $11,088.02 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $11,253.32 | $0.00 | $11,253.32 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $12,921.13 | $7,042.56 | $5,878.57 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $1,119.79 | $1,119.79 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $3,004.69 | $1,637.69 | $1,367.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $260.26 | $0.00 | $260.26 |
| 1 | DAVID B SPITOFSKY ESQ<br>»» 001 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 16-16914-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,624.00 | Current Monthly Payment: | $564.00 |
| Paid to Claims: | $22,888.06 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,228.34 | Total Plan Base: | $33,520.00 |
| Funds on Hand: | $507.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.