Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-16914-AMC

CHARLES D. GASKELL
35 WAVERLY ROAD
HAVERTOWN PA   19083

Petition Filed Date: 09/30/2016
341 Hearing Date: 12/16/2016
Confirmation Date: 03/29/2017

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $500.00 | 19054957363 | 02/03/2020 | $64.00 | 19054957364 | 03/02/2020 | $500.00 | 19073845312 |
| 03/02/2020 | $64.00 | 19073845313 | 03/31/2020 | $64.00 | 19101095656 | 03/31/2020 | $500.00 | 19101095655 |
| 05/01/2020 | $500.00 | 19101095952 | 05/01/2020 | $64.00 | 19101095953 | 06/03/2020 | $64.00 | 19086783865 |
| 06/03/2020 | $500.00 | 19086783864 | 07/06/2020 | $500.00 | 19116385421 | 07/06/2020 | $64.00 | 19116385422 |
| 08/04/2020 | $500.00 | 19128823782 | 08/04/2020 | $64.00 | 19128823783 | 09/02/2020 | $64.00 | 19138491004 |
| 09/02/2020 | $500.00 | 19138491003 | 10/02/2020 | $500.00 | 19167033393 | 10/02/2020 | $64.00 | 19167033394 |
| 11/02/2020 | $500.00 | 19180042525 | 11/02/2020 | $64.00 | 19180042526 | 12/02/2020 | $500.00 | 19192195629 |
| 12/02/2020 | $64.00 | 19192195630 | 01/08/2021 | $500.00 | 19192195975 | 01/08/2021 | $64.00 | 19192195976 |
| 01/25/2021 | $500.00 | 19208877432 | 01/25/2021 | $64.00 | 19208877433 | 03/04/2021 | $500.00 | 19223381851 |
| 03/04/2021 | $64.00 | 19223381852 | 03/31/2021 | $500.00 | 19240011086 | 03/31/2021 | $64.00 | 19240011087 |
| 05/03/2021 | $64.00 | 19249088221 | 05/03/2021 | $500.00 | 19249088220 | 06/01/2021 | $64.00 | 19262082616 |
| 06/01/2021 | $500.00 | 19262082615 | | | | | | |

**Total Receipts for the Period: $9,588.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $31,264.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $11,088.02 | $11,088.02 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $11,253.32 | $0.00 | $11,253.32 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Mortgage Arrears | $12,921.13 | $11,256.97 | $1,664.16 |
| 2 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $1,119.79 | $1,119.79 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 02S | Secured Creditors | $3,004.69 | $2,617.72 | $386.97 |
| 2 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $260.26 | $0.00 | $260.26 |
| 1 | DAVID B SPITOFSKY ESQ »» 001 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 16-16914-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,264.00 | Current Monthly Payment: | $564.00 |
| Paid to Claims: | $28,082.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,673.90 | Total Plan Base: | $33,520.00 |
| Funds on Hand: | $507.60 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.